UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **VERNON LEFTRIDGE, JR.,** : | |
| Plaintiff, : | |
| v. : | 3:12-cv-150 (WWE) |
| **SUPPORT ENFORCEMENT SERVICES** : | |
| and **CONNECTICUT DEPARTMENT OF** : | |
| **SOCIAL SERVICES,** : | |
| Defendants. : | |

## RULING ON PLAINTIFF'S PENDING MOTIONS

Plaintiff filed this action, pro se, against defendants Support Enforcement Services and the Connecticut Department of Social Services related to state court orders concerning the garnishing of his federal tax return. On April 5, 2012, this Court denied plaintiff's request for the Court to issue injunctions and orders as barred by the doctrines of Younger absention or, in the alternative, Rooker-Feldman. Plaintiff has filed motions for default, to vacate orders allowing for extensions of time, to dismiss motions for extension of time, and for reconsideration of the Court's prior rulings.

Upon review, the motions for default for failure to plead [docs. #35 and 36] are DENIED.

The motions to vacate, dismiss or reconsider extensions of time granted to Support Enforcement Services [doc. #33, 36, and 51] are hereby DENIED.

The motion for reconsideration of the Court's prior ruling dated April 5, 2012 is GRANTED; however, upon review, the Court ADHERES to its prior decision.

The renewed motion for preliminary injunction [doc. # 54] is DENIED on the same basis as stated in the Court's prior ruling dated April 5, 2012.

Plaintiff's motions for scheduling order and for status conference [docs. #54 and

1

56] are DENIED because this Court will not issue scheduling orders regarding discovery until it decides the pending motion to dismiss.

Plaintiff's motion to dismiss defendant's motion to dismiss and for sanctions for failure to provide him with a copy of the pleadings [doc. #64] is DENIED.  However, defendant is instructed to provide plaintiff, by certified mail, a copy of the pleadings relevant to the motion to dismiss.

Plaintiff's motion to stay the action until December 5, 2012 due to recent surgery [doc. # 60]  is DENIED without prejudice.  Plaintiff may refile his request for stay with an accompanying letter from his doctor stating the duration of his recovery period.

Dated at Bridgeport, Connecticut, this 19th day of July, 2012.

_____/s/_____
Warren W. Eginton
Senior United States District Judge