```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT


VERNON J. LEFTRIDGE, JR.      :
                              :
                              :
                              :
v.                            :   CIV. NO. 3:12CV150 (WWE)
                              :
SUPPORT ENFORCEMENT SERVICES, :
INC., ET AL                   :
                              :
                              :
                              :
```

RULING AND SCHEDULING ORDER

Plaintiff, Vernon Leftridge, Jr., brings this action pro se and in forma pauperis against two defendants, Support Enforcement Services, a division of the Connecticut judicial branch; and the Connecticut Department of Social Services. Pending is defendants' Motion to Dismiss [doc. #58] and plaintiff's Motion for Permanent Injunction [doc. #142].

A status conference was held on January 24, 2013, in the Leftridge cases, 12CV150, 12CV1654 and 12CV1680. This ruling and scheduling order memorializes the Court's orders during the conference for case 12CV150.

The Motion for Permanent Injunction is fully briefed and will be decided by Judge Eginton. [Doc. # 142, 168]. Plaintiff is advised that the briefing on this motion is now closed.

Plaintiff will file a Memorandum in Opposition to defendants' pending Motion to Dismiss by **February 26, 2013.**

1

Plaintiff will file a Motion for Leave to Amend the Complaint by **February 26, 2013.** Plaintiff must attach a copy of the proposed Amended Complaint to the Motion for Leave.

Plaintiff is on notice that no further motions or pleadings may be filed in 12CV150 until he has complied with this ruling and order by filing a Memorandum in Opposition to defendants' Motion to Dismiss and Motion for Leave to Amend the Complaint by **February 26, 2013.**

A follow-up telephone status conference is scheduled for **February 20, 2013 at 1:30PM.** If plaintiff has any issues, he may raise them during the status conference and seek leave of Court to file. Counsel for the defendants will initiate the conference call with the Court. Once the parties are on the line, please contact chambers at (203) 579-5640.  The parties will fax an agenda for the status conference by **February 18, 2013** to (203) 579-5651, or e-mail it to alyssa.esposito@ctd.uscourts.gov

The Clerk of the Court is directed to return any motions or pleadings that do not conform with this ruling and scheduling order.

Plaintiff will file an updated financial affidavit on or before **February 26, 2013,** for review of plaintiff's <u>in forma pauperis</u> status since his return to work.

Accordingly, plaintiff's Motion for Extension of Time **[Doc. #172]** is **GRANTED** such that plaintiff will file a memorandum in

opposition to defendant's Motion to Dismiss by **February 26, 2013,** and Motion for Leave to Amend the Complaint, attaching a copy of the proposed Amended Complaint to the memorandum, by **February 26, 2013.**

The following motions are **DENIED** without prejudice to re-filing <u>after</u> the Court rules on defendants' Motion to Dismiss and plaintiff's Motion for Leave to Amend. Plaintiff <u>must</u> seek leave of Court to refile during a status conference: plaintiff's Motion for Immediate Emergency Relief **[Doc. #166]**; Immediate Emergency Motion for Order **[Doc. #167]**; Motion to Dismiss Defense January 9, 2013 Objection and for Entry of Default Judgment **[Doc. #173]**; Motion for Order **[Doc. #175]**; Motion for Request for Mandatory Judicial Notice **[Doc. #179]**; Notice of Motion **[Doc. #180]**; and Motion for Contempt and/or Sanctions **[Doc. #181].**

This is not a Recommended Ruling.  This is a ruling or order which is reviewable pursuant to the "clearly erroneous" statutory standard of review.  28 U.S.C. §636(b)(1)(A); Fed. R. Civ. P. 72(a); and D. Conn. L. Civ. R. 72.2.  As such, it is an order of the Court unless reversed or modified by the district judge upon motion timely made.

The clerk of the court is directed to update the deadlines

3

as set forth herein, and terminate the denied motions.


SO ORDERED at Bridgeport this 25th day of January 2013.


                                           _____/s/_____
                                           HOLLY B. FITZSIMMONS
                                           UNITED STATES MAGISTRATE JUDGE