```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

VERNON J. LEFTRIDGE, JR.         :
                                 :
                                 :
                                 :
v.                               :   CIV. NO. 3:12CV150 (WWE)
                                 :
SUPPORT ENFORCEMENT SERVICES,    :
INC., ET AL                      :
                                 :
                                 :
                                 :

## ORDER REGARDING CONTACT WITH COURT EMPLOYEES

Plaintiff Vernon Leftridge, Jr. will immediately cease and desist from

1. Faxing any documents to the Office of the Clerk of the Court or to any individual member of the Clerk's Office. No document received by fax will be read or considered in any way.

   For each fax submitted in violation of this order, plaintiff will be sanctioned ten dollars ($10.00). These sanctions will be imposed beginning April 8, 2013.

2. Calling any telephone extension of the Office of the Clerk. When necessary, telephone communications with the Clerk's Office should be made by using the main number, (203) 579-5861, between the hours of 9:00 a.m. and 4:00 p.m. No messages left on voicemail in the Clerk's office will be listened to or acted upon.

This is not a Recommended Ruling.  This is a ruling or order which is reviewable pursuant to the "clearly erroneous" statutory standard of review.  28 U.S.C. §636(b)(1)(A); Fed. R. Civ. P. 72(a); and D. Conn. L. Civ. R. 72.2.  As such, it is an order of the Court unless reversed or modified by the district judge upon motion timely made.

SO ORDERED at Bridgeport this 1st day of April 2013.


_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE