```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


VERNON J. LEFTRIDGE, JR.       :
                               :
                               :
                               :
v.                             :   CIV. NO. 3:12CV150 (WWE)
                               :
SUPPORT ENFORCEMENT SERVICES,  :
INC., ET AL                    :
                               :
                               :
                               :
```

RULING ON PLAINTIFF'S EMERGENCY MOTION TO COMPEL [Doc. #225]

   Plaintiff's Emergency Motion to Compel Court and Department of Justice to Investigate Plaintiff's Missing Filed Legal Pleadings that have been Loss [sic] and/or Concealed by Internal U.S. Bridgeport Court Personnel  **[Doc. #225]** is **DENIED as MOOT**. The referenced documents were reviewed and filed this morning. Plaintiff continues to file multiple copies of the same pleading at different seats of court in an effort to circumvent the stay imposed in doc. ### 188, 193 and 196. This must cease.

   **THIS ACTION IS STAYED**  pending a ruling on the defendants' Motion to Dismiss [doc. #58] and plaintiff's Motion for Leave to Amend [doc. #187]. No documents will be filed except defendants' response to the Motion for Leave to Amend. Until these motions are decided by Judge Eginton, no discovery will be served and no subpoenas will be issued or served.

   Once there has been a ruling on the Motions to Dismiss and for Leave to Amend, the Court will hold a status conference at which a scheduling order and procedures for future filing will

be set.  Until that conference and subsequent order, **THIS CASE IS STAYED** and the Clerk's Office will accept no filing unless specifically authorized to do so by a judge.

Plaintiff is also reminded of the restrictions on contact with Court employees established in doc. #208, which remains in effect unless reversed by Judge Eginton.  Plaintiff's objection [doc. #232] to the April 1 order is under advisement.

This is not a Recommended Ruling.  This is a ruling or order which is reviewable pursuant to the "clearly erroneous" statutory standard of review.  28 U.S.C. §636(b)(1)(A); Fed. R. Civ. P. 72(a); and D. Conn. L. Civ. R. 72.2.  As such, it is an order of the Court unless reversed or modified by the district judge upon motion timely made.

SO ORDERED at Bridgeport this 17th day of April 2013.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE